K. Randolph Moore, Esq. SBN 106933
Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA 95112
Telephone: (408) 271-6600
Facsimile: (408) 298-6046

Attorneys for Plaintiff
Daniel Delgado

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>         Plaintiff,<br><br>    vs.<br><br>MANN BROTHERS FUEL INC.,<br><br>         Defendant. | Case No.: 1:10-CV-00720-AWI-DLB<br><br>**PLAINTIFF'S REQUEST TO TAKE MANDATORY SCHEDULING CONFERENCE OFF CALENDAR** |

Plaintiff Delgado hereby requests that the Mandatory Scheduling Conference of September 27, 2010 at 9:15 a.m. is taken off calendar. Default was entered against the only defendant in this case, Mann Brothers Fuel Inc. on June 25, 2010. Plaintiff will be filing a Motion for Default Judgment with the Court.

Dated: September 16, 2010          MOORE LAW FIRM, PC

                                   By: /s/ Tanya Moore
                                    Tanya Moore
                                   Attorney for Plaintiff Daniel Delgado

Plaintiff's Request to Take Mandatory                 Delgado v. Mann Brothers Inc.
Scheduling Conference Off Calendar 1

**ORDER**

IT IS HEREBY ORDERED THAT the Mandatory Scheduling Conference of September 27, 2010 is taken off calendar.

IT IS SO ORDERED.

Dated:   **September 20, 2010**                   /s/ Dennis L. Beck
                                                 UNITED STATES MAGISTRATE JUDGE