**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL DELGADO,<br><br>    Plaintiff,<br><br>    vs.<br><br>MANN BROTHERS FUEL, INC. dba<br>JOHNNY QUIK CHEVRON GAS STATION<br>#117<br><br>    Defendants. | No. 1:10-CV-00720-AWI-DLB<br><br>**ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR MANN BROTHERS FUEL, INC.** |

## I. INTRODUCTION

On June 25, 2010, the Court entered judgment against Defendant Mann Brothers Fuel, Inc. (Doc. 10.) On June 13, 2011, Plaintiff filed a request for the issuance of an abstract of judgment, which was issued by the Court on March 30, 2012. On March 29, 2012, Plaintiff filed an ex parte application seeking a court order requiring the appearance and examination of judgment debtor Mann Brothers Fuel, Inc. (Doc. 27.)

## II. DISCUSSION

Pursuant to Federal Rule of Civil Procedure 69(a)(1), "[t]he procedure on execution – and in proceedings supplementary to and in aid of judgment or execution – must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." In turn, California Code of Civil Procedure § 708.160 provides, in relevant part:

*Delgado v. Mann Brothers Fuel Inc., et al.*
[Proposed] Order for Appearance and Examination of Judgment Debtor Mann Brothers Fuel, Inc.

(a) Except as otherwise provided in this section, the proper court for examination of a person under this article is the court in which the money judgment was entered.

(b) A person sought to be examined may not be required to attend an examination before a court located outside the county in which the person resides or has a place of business unless the distance from the person's place of residence or place of business to the place of examination is less than 150 miles.

(c) If a person sought to be examined does not reside or have a place of business in the county where the judgment is entered, the superior court in the county where the person resides or has a place of business is a proper court for examination of the person.

Cal Civ. Proc. Code §§ 708.160(a)-(c).

Plaintiff's application sets forth the showing required by Federal Rule of Civil Procedure 69(a)(2) and the applicable provisions of the California Code of Civil Procedure § 708.160.

### III. CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant/judgment debtor Mann Brothers Fuel, Inc. shall designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.  Such individual shall appear personally on Friday, May 25, 2012 at 9:00 a.m. in Courtroom 9 of the United States District Courthouse, located at 2500 Tulare Street, Fresno, California 93721, to answer questions concerning Defendant/judgment debtor Mann Brothers Fuel, Inc.'s real and personal property; and

2. Plaintiff/judgment creditor must serve this order upon Mann Brothers Fuel, Inc. personally not less than 10 days before the date set for the examination and must be file a certificate of such service with the Court.

///
///
///
///
///

*Delgado v. Mann Brothers Fuel Inc., et al.*
[Proposed] Order for Appearance and Examination of Judgment Debtor Mann Brothers Fuel, Inc.

1 **NOTICE TO JUDGMENT DEBTORS. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

IT IS SO ORDERED.

Dated:   **April 20, 2012**                                         /s/ Dennis L. Beck
                                                                                    UNITED STATES MAGISTRATE JUDGE

*Delgado v. Mann Brothers Fuel Inc., et al.*
[Proposed] Order for Appearance and Examination of Judgment Debtor Mann Brothers Fuel, Inc.

Page 3