IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>             Plaintiff,<br><br>   vs.<br><br>MANN BROTHERS FUEL, INC.,<br><br>             Defendant. | 1:10cv0720 AWI LJO DLB<br><br>ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT<br><br>Date:   July 20, 2012<br>Time:  9:00 a.m.<br>Courtroom 9 |

       Plaintiff Daniel Delgado ("Plaintiff"), filed this disability discrimination action against Defendant Mann Brothers Fuel, Inc. dba Johnny Quik Chevron Gas Station #117 ("Defendant"), on April 23, 2010.

       Defendant failed to answer the Complaint and, pursuant to Plaintiff's request, the Clerk entered default on June 25, 2010. On January 26, 2011, the Court granted Plaintiff's motion for default judgment. Defendant was ordered to remediate numerous barriers. Plaintiff was also awarded statutory damages in the amount of $12,000.00, and attorneys' fees in the amount of $5,735.59.

       Judgment was entered on January 26, 2011.

      On April 23, 2012, the Court issued an order for appearance and examination of judgment debtor Mann Brothers Fuel, Inc. The hearing was set for May 25, 2011. Although the order was

1

properly served, Defendant did not appear at the hearing.

Defendant has therefore failed to comply with the Court's April 23, 2012, order.

Accordingly, PLEASE TAKE NOTICE that on July 20, 2012, at 9:00 a.m., in Courtroom 9, Defendant is ORDERED TO SHOW CAUSE why it should not be held in contempt.  Defendant MUST APPEAR at the hearing.

The Clerk is ORDERED to serve this order on the following individuals:

Harbhajan Singh
President
6840 N. Golden State Blvd.
Fresno, California 93722-9363

John P. Renna
1750 East Bullard Ave., Suite 106
Fresno, California 93710

IT IS SO ORDERED.

Dated:   **June 8, 2012**             **/s/ Dennis L. Beck**
                              UNITED STATES MAGISTRATE JUDGE

2