# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>        Plaintiff,<br><br>  vs.<br><br>MANN BROTHERS FUEL, Inc.,<br><br>        Defendant. | 1:10cv0720 AWI DLB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Document 42) |

On August 2, 2012, the Magistrate Judge issued Findings and Recommendations that Defendant be found in contempt and that compensatory sanctions be awarded. The Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within fourteen (14) days of the date of service of the order. Over fourteen (14) days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued August 2, 2012, are ADOPTED IN FULL;
2. Defendant is found in CONTEMPT and sanctions SHALL BE AWARDED in the amount of the attorneys' fees and costs incurred as a result of Defendant's failure to comply with the Court's Orders dated April 23, 2012, and June 8, 2012; and
3. Plaintiff SHALL submit a declaration, within fourteen (14) days of the date of service of this order, setting forth the attorneys' fees and costs incurred as a result of Defendant's failure to comply with the Court's Orders dated April 23, 2012, and June 8, 2012.

IT IS SO ORDERED.

Dated:   November 14, 2012

UNITED STATES DISTRICT JUDGE