# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL DELGADO,** ) | 1:10-cv-720  AWI DLB |
| ) | |
| **Plaintiff,** ) | **ORDER AWARDING** |
| **v.** ) | **SANCTIONS IN THE** |
| ) | **AMOUNT OF $3,925.07** |
| **MANN BROTHERS FUEL, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

On November 15, 2012, the Court issued an Order Adopting the Findings and Recommendations regarding Sanctions and ordered Plaintiff's counsel to submit a declaration setting forth the fees and costs incurred as a result of Defendant's failure to comply with the Court's previous orders.

Tanya E. Moore submitted her declaration on November 27, 2012, reflecting a total of $4,616.07 in fees and costs.  Of this figure, $411 is attributed to time spent by a paralegal who is billed at an hourly rate of $150 per hour.  However, Plaintiff's law firm is from San Jose and there is no indication that $150 per hour is a reasonable rate for a paralegal in the Eastern District of California Fresno Division.  In the absence of proof, the Court will not award the amount billed by the paralegal.

Additionally, a review of the billing records indicates that Plaintiff's counsel charged $77 on August 1 for reviewing a communication from the Court, $63 on July 25 for reviewing a communication from the Court, and $42 on May 31 for reviewing a communication with the Court.  However, the Court has reviewed its docket and is unable to find a communication from

the Court that reasonably corresponds to the billing entry. Accordingly, the Court will not award the $77, $63, and $42 entries. Finally, it appears that counsel billed $63 on August 9 and $73.50 on May 23 for reviewing two minute orders on the docket. The Court finds this to be excessive and will only permit a .1 charge for both reviews. Thus, the Court will award $70 for reviewing the two minute orders. Given these adjustments, the Court will award $3,925.07 as compensatory sanctions.

     Accordingly, IT IS HEREBY ORDERED that Defendant ORDERED to pay $3,925.07 to Plaintiff's counsel as compensatory sanctions.

IT IS SO ORDERED.

Dated:  December 19, 2012

UNITED STATES DISTRICT JUDGE